UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANCHEZ-ARAMBULA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:24-cv-01712-H-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>[Doc. No. 6] |

　　　　On October 21, 2024, Defendant Trans Union LLC and Plaintiff Juan Javier Sanchez-Arambula filed a joint motion to extend Defendant's time to respond to Plaintiff's complaint. (Doc. No. 6.) For good cause shown, the Court grants the joint motion. Defendant must answer or otherwise respond to Plaintiff's complaint by **November 12, 2024**.

　　　　**IT IS SO ORDERED.**

DATED: October 22, 2024

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT